ROBERT GRALA, GUARDIAN, *ETC*. v.
GEORGEANN MOONEY, *ET AL.*

July 7, 1971. Petition for certification denied.

FRANK J. FRANCO v. DEPARTMENT OF CIVIL SERVICE,
STATE OF NEW JERSEY.

July 7, 1971. Petition for certification denied.

HELEN M. FULLERTON, *ET AL* v.
GENEVIEVE FULLERTON NIEDER.

July 7, 1971. Petition for certification denied.

VIRGINIA LEMING v.
FEDERAL PACIFIC ELECTRICAL COMPANY.

July 7, 1971. Petition for certification granted.

STATE OF NEW JERSEY v. JOSE ORTIZ.

July 7, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. LEROY HOLMES.

July 7, 1971. Petition for certification denied.